IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-CV-409-FL

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel* *Ferguson Enterprises, Inc. of Virginia d/b/a* Ferguson Enterprises, Inc., <br><br> Plaintiff, <br><br> v. <br><br> CLEAN AIR CONSULTANTS, LLC; MARK COSTANTINI THE HANOVER INSURANCE COMPANY, and DTC ENGINEERS & CONSTRUCTORS, LLC, *d/b/a* DTC E&C, LLC, <br><br> Defendants. | ORDER |

This matter comes before the court on notification by counsel for plaintiff of settlement reached between the parties. Based on the settlement agreement, and defendant Clean Air Consultants, LLC's compliance with the same, the parties have requested that all current deadlines be suspended until November 30, 2011. Said suspension will allow the parties to continue to complete the terms of the settlement agreement, promote efficiencies, and conserve court resources.

Accordingly, this matter is STAYED and all deadlines are suspended until November 30, 2011. Should the parties' positions change with respect to the requested stay, the parties shall promptly notify the court.

SO ORDERED, this the 11th day of July, 2011.

LOUISE W. FLANAGAN
Chief United States District Judge