UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:10-CV-409-FL

| | |
|---|---|
| THE UNITED STATES OF AMERICA ) <br> ex rel FERGUSON ENTERPRISES, ) <br> INC. OF VIRGINIA d/b/a FERGUSON ) <br> ENTERPRISES, INC., ) <br>       Plaintiff, ) <br> ) <br>       vs. ) <br> CLEAN AIR CONSULTANTS, LLC, ) <br> MARK COSTANTINI, DTC ) <br> ENGINEERS & CONSTRUCTORS, ) <br> LLC d/b/a DTC E & C, LLC and ) <br> THE HANOVER INSURANCE ) <br> COMPANY, ) <br>       Defendants. ) | **ORDER OF DISMISSAL** |

THE ABOVE CAUSE coming on before the undersigned upon the Plaintiff's Motion to Dismiss pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure;

AND IT APPEARING TO THE COURT that there is good cause to grant the motion;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the motion is **GRANTED** and that this action is hereby dismissed with prejudice. It is further ordered that the Status Conference currently set for January 19, 2012 at 11:00 a.m. is terminated.

This the __17th__ day of __January__, 2012.

_____
The Honorable Louise W. Flanagan
United States District Court Judge