UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:10-CV-409-FL

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | ) | |
| ex rel FERGUSON ENTERPRISES, | ) | |
| INC. OF VIRGINIA d/b/a FERGUSON | ) | |
| ENTERPRISES, INC., | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER OF DISMISSAL** |
| CLEAN AIR CONSULTANTS, LLC, | ) | |
| MARK COSTANTINI, DTC | ) | |
| ENGINEERS & CONSTRUCTORS, | ) | |
| LLC d/b/a DTC E & C, LLC and | ) | |
| THE HANOVER INSURANCE | ) | |
| COMPANY, | ) | |
| Defendants. | ) | |

THE ABOVE CAUSE coming on before the undersigned upon the Plaintiff's Motion to Dismiss pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure;

AND IT APPEARING TO THE COURT that there is good cause to grant the motion;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the motion is **GRANTED** and that this action is hereby dismissed with prejudice. It is further ordered that the Status Conference currently set for January 19, 2012 at 11:00 a.m. is terminated.

This the __17th__ day of __January__, 2012.

_____
The Honorable Louise W. Flanagan
United States District Court Judge